■ In the Matter of GALUTEN BUILDING, INC., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.— Order so far as appealed from unanimously affirmed,

with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.